# EXHIBIT 7

## ODYSSEY CONTRACTING CORP

PROTECTIVE COATING OF QUEENSBORO BRIDGE
CONTRACT NO. BRC 231P
REQUISITION NO. 036 O
PERIOD ENDING DECEMBER 31, 2007

| ITEM | DESCRIPTION | CONTRACTED AMOUNT | | | | THIS PERIOD | | PREVIOUS PERIOD | | TOTAL TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Unit | Unit Cost | Total | Qty | Amount | Qty | Amount | Qty | Amount |
| 39831.0102 | System B' - Applied to Bare Steel Location 2 | 1 | LS | $19,197,200.00 | $19,197,200.00 | 0.00% | $ - | 73.12% | $14,036,992.64 | 73.12% | $14,036,992.64 |
| 39831.0401 | System I - I Bars, Location 9 | 1 | LS | $600,000.00 | $600,000.00 | 0.00% | $ - | 81.53% | $489,180.00 | 81.53% | $489,180.00 |
| 39831.0601 | Caulking | 15,000 | LF | $4.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - |
| 39832.300102 | Class "A" - Containment System(s) Location 2 | 1 | LS | $16,106,800.00 | $16,106,800.00 | 2.45% | $394,616.60 | 79.31% | $12,774,303.08 | 81.76% | $13,168,919.68 |
| 699.040001 | Mobilization | 1 | LS | $1,496,000.00 | $1,496,000.00 | 0.00% | $ - | 100.00% | $1,496,000.00 | 100.00% | $1,496,000.00 |

Total Contract Amount ---> $37,480,000.00
Total Amount This Period ---> $394,616.60
Total Amount Previous Period ---> $28,796,475.72
Total Amount To Date ---> $29,191,092.32

### EXTRA WORK / CHANGE ORDERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Extra Containment Ch. Or. 2005-0274 | 1 | LS | $517,145.97 | $517,145.97 | 0.00% | $ - | 95.00% | $491,288.67 | 95.00% | $491,288.67 |
| 2 | Extra Containment Ch. Or. 2006-0143 | 1 | LF | $2,146,500.47 | $2,146,500.47 | 3.74% | $80,279.12 | 79.02% | $1,696,164.67 | 82.76% | $1,776,443.79 |

Total Contract Amount ---> $40,063,646.44
Total Amount This Period ---> $474,895.72
Total Amount Previous Period ---> $30,983,929.06
Total Amount To Date ---> $31,458,824.78

| TOTAL = | $474,895.72 |
|---|---|
| Less 5% Retainage | $23,744.79 |
| Less 5% Un-Bonded Work | $18,423.46 |
| Total Due to Sub. = | $432,727.48 |

Un-Bonded Work for this Period
PP 63-69 S Plat Instl. / 20-14/46-53 Net Removal       $368,469.11

Paid    355,000,-
         77,727.48

**Ch. Or. 2006-0143

PP 123-109/1-15/30-47 45 Bays - Dec. 15, 2006
PP 26-30 4 Bays - Dec. 31, 2006
PP 22-26 4 Bays - Mar. 31, 2007
PP 22-19 3 Bays - Apr. 30, 2007
PP 15-19 4 Bays - May 31, 2007   - 60% - $53,541.48
PP 47-55 8 Bays - June 30, 2007 -. - 60% - $107,062.96
15-19 4 Bays/47-51 4 Bays - Sept. 40% - $71,388.64
PP 59-62 (3 Bays) - Oct. 60% - $40,156.11
PP 51-55 (4 Bays) - Nov. 40% - $35,694.30
PP 62-68 (6 Bays) - Dec. 07 60% - $80,312.22

$22,308.94 Per Bay

2/8/2008

1